# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**In re** Kevin Eugene Bronson                                   **Case No.** 13-72235-SCS

                          **Debtor(s)**                          **Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 644.00, currently on deposit with the Treasury of the United States, be returned to:

> Kevin Bronson
> 2661 South St. SE #D
> Warren, OH  44483

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Oct 21 2020                    /s/ Stephen C St-John
                                      United States Bankruptcy Judge

                                      NOTICE OF JUDGMENT OR ORDER
                                      ENTERED ON DOCKET:
                                         Oct 21, 2020

pc: Financial Administrator

[ounclmfd ver. 03/06]